**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6244**

ANTWAIN L. DENNIS,

Plaintiff - Appellant,

v.

KENDALL EVANS; DOMINIQUE PEPPERS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03127-BO)

Submitted:  July 30, 2024                          Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antwain Lamar Dennis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwain Lamar Dennis appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dennis v. Evans*, No. 5:20-ct-03127-BO (E.D.N.C. Feb. 28, 2024). We deny Dennis' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*